UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Stanton Keith Pritchard, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action No.  H-13-3701 |
| | § | |
| Pernix Therapeutics Holdings, | § | |
| Inc., et al, | § | |
| Defendants. | § | |

## ORDER

.

Pursuant to the Stipulation for Dismissal With prejudice filed on January 29, 2014, the above-styled action shall be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this ___30___ day of January, 2014.


DAVID HITTNER
United States District Judge